IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Citizens Bank of Ashville, Ohio, | : | |
| Plaintiff | : | Civil Action 2:12-cv-00010 |
| v. | : | Judge Watson |
| Progressive Casualty Insurance Company, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

# ORDER

Counsel has reported that this case has settled. The preliminary pretrial conference set for April 20, 2012 is CANCELLED. If no dismissal entry has been filed by May 25, 2012, counsel are DIRECTED to call my office (614.719.3370) to schedule a telephone status conference.

s/ Mark R. Abel
United States Magistrate Judge